IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL HARRIS,
    Plaintiff,

v.                        CASE NO. 1:07cv260-SPM/AK

PRESIDENT GEORGE BUSH, et al.,
    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated October 21, 2008 (doc. 4). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc.4) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice to Plaintiff's opportunity to refile with payment of the filing fee.

DONE AND ORDERED this 25th day of November, 2008.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge